AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ JAN 24 2020 ☆

United States of America )
v. ) Case No. 20-MJ-0085 (AKT)
Daniel Simpk )
_Defendant_ )

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: 100 Federal Plaza Central Islip, NY 11722 | Courtroom No.: 910 |
|---|---|
| | Date and Time: Jan. 28, 11 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 1/24/20

_Judge's signature_

A. Kathleen Tomlinson, USMJ
_Printed name and title_